UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                       Case No.  05-cr-34-01-SM

Carlos Chaparro-Jamarillo

## O R D E R

Defendant Chaparro-Jamarillo's motion to continue the final pretrial conference and trial is granted (document 9 ).   Trial has been rescheduled for the January 2005 trial period.   Defendant Chaparro-Jamarillo has filed a waiver of speedy trial.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  December 20, 2005 at 1:30 p.m.

**Jury Selection**:  January 6, 2006  at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

November 28, 2005

cc:   Thomas McCue, Esq.
      Helen Fitzgibbon, AUSA
      US Probation
      US Marshal